```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Junkfood Clothing, LLC,

        Defendant.

23 Civ. 6323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 25, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by September 19, 2023. ECF No. 6. Those submissions are now overdue. To date, Plaintiff has not filed proof of service on Defendant, and Defendant has not appeared in this action.

    Accordingly, by **October 23, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of her intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: September 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge