UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Junkfood Clothing, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/24/2023_

23 Civ. 6323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 25, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by September 19, 2023.  ECF No. 6.  On September 21, 2023, the Court again ordered the parties to submit their joint letter and proposed case management plan, or Plaintiff to advise the Court of her intentions with respect to the continuation of this action, by October 23, 2023.  Those submissions are now overdue.

    Accordingly, by **November 21, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of her intentions with respect to the continuation of this action.  Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge